UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LUCINDA M. SCHULTZ, a married woman,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>NEW ALBERTSON'S INC., a foreign corporation,<br><br>　　　　　　　　Defendant. | NO:  10-CV-0454-TOR<br><br>ORDER GRANTING STIPULATED MOTION FOR DISMISSAL |

　　　Before the Court is the parties' Stipulation of Voluntary Dismissal with Prejudice (ECF No. 21). The stipulation was heard without oral argument.

　　　The parties stipulated and agreed that any and all claims Plaintiff asserted in this action are dismissed in their entirety with prejudice with each party bearing its own costs and attorneys' fees.

　　　Accordingly, IT IS HEREBY ORDERED:

　　　The parties' Stipulation of Voluntary Dismissal with Prejudice (ECF No. 21) is **GRANTED**. Each party shall bear their own costs and attorneys' fees.

ORDER GRANTING STIPULATED MOTION FOR DISMISSAL ~ 1

1  The District Court Executive is hereby directed to enter this Order, furnish

2  copies to counsel and **CLOSE** the file.

3  **DATED** this 13th day of June, 2012.

4  *s/ Thomas O. Rice*

5  THOMAS O. RICE
United States District Judge

ORDER GRANTING STIPULATED MOTION FOR DISMISSAL ~ 2